UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN CANTRALL,

                 Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                 Defendant.

Case No. 3:10-cv-05898-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 22nd day of December, 2010.

                                               Karen L. Strombom
                                               United States Magistrate Judge

ORDER - 1